

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00637-CV

### IN THE INTEREST OF E.O. AND A.O., MINOR CHILDREN

On Appeal from the
319th District Court of Nueces County, Texas
Trial Court Cause No. 2014-FAM-1876-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed in part and dismissed in part. The Court orders the judgment of the trial court AFFIRMED IN PART and DISMISSED IN PART. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

October 28, 2021